# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 99-86 (2) (RHK/AJB) |
| Plaintiff, | **ORDER** |
| v. | |
| Mosiah Omar Wright, | |
| Defendant. | |

Defendant Wright, having entered a guilty plea to Count 3 of the Indictment charging him with murder in relation to a drug trafficking offense, was sentenced to 192 months in prison. His guidelines range was 360 months to life, but he was sentenced below that range due to his providing "substantial assistance" to the Government with respect to his co-defendant. His guidelines range was not reduced by Amendment 706 and he is not entitled to his requested relief under 18 U.S.C. § 3582(c)(2) because that provision only applies when the guidelines range has been lowered by the Sentencing Commission.

Accordingly, and upon all the files, records and proceedings herein, **IT IS ORDERED** that the "Motion for Modification of Sentence Pursuant to Retroactive Amendment 706 under 18 U.S.C. § 3582(c)(2)" (Doc. No. 170) is **DENIED**.

Dated: March 8, 2010

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
